**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Ulises Argenis Guzman-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07MJ8903 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| ULISES ARGENIS GUZMAN-MARTINEZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:        November 7, 2007            /s/ Gregory T. Murphy
                                                    **GREGORY T. MURPHY**
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorneys for Ulises Argenis Guzman-Martinez