FILED
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3263-W |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ULISES ARGENIS GUZMAN-MARTINEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about November 3, 2007, within the Southern District of California, defendant ULISES ARGENIS GUZMAN-MARTINEZ, did knowingly and intentionally import approximately 43.32 kilograms (approximately 95.30 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 4, 2007.

KAREN P. HEWITT
United States Attorney

J. Pu~

for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
12/3/07