AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ULISES ARGENIS GUZMAN-MARTINEZ | CASE NUMBER: 07CR 3263-W |

I, ULISES ARGENIS GUZMAN-MARTINEZ, the above-named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12\4\07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

**FILED**
DEC 0 4 2007
CLERK U.S. ...
SOUTHERN ...
BY _____ DEPUTY