# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 07CR3263
                         )
         vs              )  ABSTRACT OF ORDER
                         )
Ulises Argenis           )  Booking No. 01730298
Guzman-Martinez          )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3-17-08__
the Court entered the following order:

__X__ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
     _____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other._____

Received _____ /DUSM

UNITED STATES MAGISTRATE JUDGE
                OR
W. SAMUEL HAMRICK, JR. Clerk
by
     _____ Deputy Clerk

Crim-9  (Rev 6-95)                          ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY